1    SHEPPARD, MULLIN, RICHTER & HAMPTON LLP
     THOMAS R. KAUFMAN, Cal. Bar No. 177936
2    tkaufman@shepprdmullin.com
     1901 Avenue of the Stars, Suite 1600
3    Los Angeles, California 90067-6055
     Telephone:    310.228.3700
4    Facsimile:    310.228.3701

5    ELLEN M. BRONCHETTI, Cal. Bar No. 226975
     ebronchetti@sheppardmullin.com
6    BRAM HANONO, Cal. Bar No. 259777
     bhanono@sheppardmullin.com
7    Four Embarcadero Center, 17th Floor
     San Francisco, California 94111-4109
8    Telephone:    415.434.9100
     Facsimile:    415.434.3947
9
     Attorneys for Defendant
10   KAISER FOUNDATION HEALTH PLAN,
     INC.
11

12                      UNITED STATES DISTRICT COURT

13        NORTHERN DISTRICT OF CALIFORNIA, SAN FRANCISCO DIVISION

14

15   JANINE COLEMAN-WILLIAMS et al.,      Case No. 3:13-cv-00998-SI
                                          Class Action
16            Plaintiff,
                                          **JOINT STIPULATION TO
17       v.                               CONTINUE CASE MANAGEMENT
                                          CONFERENCE AND [**~~PROPOSED~~**]
18   KAISER FOUNDATION HEALTH             ORDER**
     PLAN, INC.,
19                                        Judge:  Hon. Susan Illston
              Defendant.
20                                        Trial Date:       TBD

21

22

23

24

25

26

27

28
                                                  Case No. 3:13-cv-00998-SI
     SMRH:408591104.1      JOINT STIPULATION TO CONTINUE CASE MANAGEMENT CONFERENCE AND
                                                            [PROPOSED] ORDER

1

## **STIPULATION**

2

3      WHEREAS THE PARTIES HAVE AGREED through their counsel that the Case

4  Management Conference currently set for June 21, 2013 at 2:30 p.m. should be continued

5  until the proposed date of August 2, 2013 at 2:30 p.m.

6

7      Counsel for both parties have met and conferred and determined that continuing the

8  Case Management Conference will allow the parties more time to complete their initial

9  investigations in order to have a more productive Rule 26 Conference and have a more

10  productive discussion regarding initial disclosures.

11

12      THEREFORE, IT IS HEREBY STIPULATED AND RESPECTFULLY

13  REQUESTED that this Court continue the June 21, 2013 Case Management Conference

14  until August 2, 2013.  The parties will file their Joint Case Management Conference

15  Statement on July 26, 2013.

16

17  Dated:  June 4, 2013

18                                BLUMENTHAL, NORDREHAUG, & BHOWMIK

19

20                      By              */S/ Piya Mukherjee*

21                                         PIYA MUKHERJEE

22                                Attorneys for Plaintiff JANINE COLEMAN-
23                                                  WILLIAMS

24

25

26

27

28

Case No. 3:13-cv-00998-SI

SMRH:408591104.1                    JOINT STIPULATION TO CONTINUE CASE MANAGEMENT CONFERENCE AND
                                                      [PROPOSED] ORDER

1   Dated:  June 4, 2013

2                                        SHEPPARD, MULLIN, RICHTER & HAMPTON LLP

3

4                                        By          /S/ Bram Hanono

5                                                    BRAM HANONO

6                                        Attorneys for Defendant KAISER
                                         FOUNDATION HEALTH PLAN, INC.
7

8

9                              **SIGNATURE CERTIFICATION**

10

11

12          As the attorney e-filing this document, I hereby certify that this document is

     acceptable to Piya Mukherjee, counsel for Plaintiff Janine Coleman-Williams, and that I
13
     have obtained Ms. Mukherjee's authorization to affix her electronic signature to this
14
     document.
15

16
     Dated:  June 4, 2013
17

18                                       SHEPPARD, MULLIN, RICHTER & HAMPTON LLP

19

20                                       By          /S/ Bram Hanono
                                                     BRAM HANONO
21

22                                       Attorneys for Defendant KAISER
                                         FOUNDATION HEALTH PLAN, INC.
23

24

25

26

27

28

                                                    -2-                    Case No. 3:13-cv-00998-SI

1

**ORDER**

2        In accordance with the above Stipulation of the parties which is hereby incorporated

3   by reference, and for good cause appearing therefore, the Court orders as follows:

4

5        IT IS HEREBY ORDERED that the Case Management Conference current set for

6   June 21, 2013 at 2:30 p.m. be continued until August 2, 2013 at 2:30 p.m.

7

8        IT IS SO ORDERED.

9

10

11   Dated:        6/11/13

12                                         Honorable Susan Illston
                                          United States District Judge

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

SMRH:408591104.1          JOINT STIPULATION TO CONTINUE CASE MANAGEMENT CONFERENCE AND
                                         [PROPOSED] ORDER

1

PROOF OF SERVICE

2

STATE OF CALIFORNIA, COUNTY OF SAN FRANCISCO

3
  At the time of service, I was over 18 years of age and **not a party to this action**. I

4
am employed in the County of San Francisco, State of California. My business address is Four Embarcadero Center, 17th Floor, San Francisco, CA 94111-4109.

5
  On June 4, 2013, I served true copies of the following document(s) described as **JOINT STIPULATION TO CONTINUE CASE MANAGEMENT CONFERENCE**

6
**AND [PROPOSED] ORDER** on the interested parties in this action as follows:

7
Norman B. Blumenthal, Esq.
Kyle R. Nordrehaug, Esq.

8
Aparajit Bhowmik, Esq.
BLUMENTHAL, NORDREHAUG &

9
BHOWIK
2255 Calle Clara

10
La Jolla, California 92037
(858) 551-1223 phone

11
(858) 551-1232
norm@bamlawlj,com

12
kyle@bamlawlj.com
aj@bamlawlj.com

13
*Attorneys for Plaintiff*

14

15
  **BY CM/ECF NOTICE OF ELECTRONIC FILING:** I electronically filed the

16
document(s) with the Clerk of the Court by using the CM/ECF system. Participants in the case who are registered CM/ECF users will be served by the CM/ECF system.

17
Participants in the case who are not registered CM/ECF users will be served by mail or by other means permitted by the court rules.

18
  I declare under penalty of perjury under the laws of the United States of America

19
that the foregoing is true and correct and that I am employed in the office of a member of the bar of this Court at whose direction the service was made.

20
  Executed on June 4, 2013, at San Francisco, California.

21

22
        */S/ Douglas Bacon*

23
        Douglas Bacon

24

25

26

27

28

Case No. 3:13-cv-00998-SI

JOINT STIPULATION TO CONTINUE CASE MANAGEMENT CONFERENCE AND
[PROPOSED] ORDER