1
2
3
4
5
6
7
8
9
10
11
12
13

**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

14
15

JANINE COLEMAN-WILLIAMS, an individual, on behalf of herself, and on behalf of all persons similarly situated,

Case No. **C13-00998 SI**
(Class Action)

16
17

Plaintiff,

**[PROPOSED] ORDER GRANTING STIPULATION FOR LEAVE FOR PLAINTIFF TO FILE A FIRST AMENDED COMPLAINT**

18

vs.

19

KAISER FOUNDATION HEALTH PLAN, INC.,

20

Judge:      Hon. Susan Illston

21

Defendants.

Action Filed: March 3, 2013

22
23
24
25
26
27
28

1 | The Court has reviewed the Parties' Stipulation for Leave for Plaintiff to File a First Amended Complaint.

Good cause appearing therefore, it is hereby ordered that the Stipulation is granted, Plaintiff shall have leave to file the First Amended Complaint and Defendant shall have twenty (20) days to answer or otherwise respond to the First Amended Complaint from the date the Plaintiff files the First Amended Complaint per this stipulation and following court order.

**IT IS SO ORDERED.**

DATED:   7 / 23  , 2013

_____
HONORABLE Susan Illston
United States District Judge