| | |
|---|---|
| 1 | BLUMENTHAL, NORDREHAUG & BHOWMIK LLP |
| | NORMAN BLUMENTHAL, Cal. Bar No. 068687 |
| 2 | KYLE R. NORDREHAUG, Cal. Bar No. 205975 |
| | APARAJIT BHOWMIK, Cal. Bar No. 248066 |
| 3 | PIYA MUKHERJEE, Cal. Bar. No. 274217 |
| | 2255 Calle Clara |
| 4 | La Jolla, California 92037 |
| | Telephone:  858.551.1223 |
| 5 | Facsimile:   858.551.1232 |
| 6 | Attorneys for Plaintiff |
| 7 | SHEPPARD, MULLIN, RICHTER & HAMPTON LLP |
| | THOMAS R. KAUFMAN, Cal. Bar No. 177936 |
| 8 | 1901 Avenue of the Stars, Suite 1600 |
| | Los Angeles, California 90067-6055 |
| 9 | Telephone:  310.228.3700 |
| | Facsimile:   310.228.3701 |
| 10 | |
| 11 | SHEPPARD, MULLIN, RICHTER & HAMPTON LLP |
| | ELLEN M. BRONCHETTI, Cal. Bar No. 226975 |
| | BRAM HANONO, Cal. Bar No. 259777 |
| 12 | Four Embarcadero Center, 17th Floor |
| | San Francisco, California 94111-4109 |
| 13 | Telephone:  415.434.9100 |
| | Facsimile:   415.434.3947 |
| 14 | |
| | Attorneys for |
| 15 | Defendant |

**IT IS SO ORDERED**
*Susan Illston*
Judge Susan Illston

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| JANINE COLEMAN-WILLIAMS et al., | | Case No. **3:13-cv-00998-SI** |
| Plaintiff, | | **JOINT STIPULATION OF DISMISSAL** |
| v. | | **FRCP 41(a)(1)(A)(ii)** |
| KAISER FOUNDATION HEALTH PLAN, INC., | | |
| Defendant. | | |

JOINT STIPULATION OF DISMISSAL [FRCP 41(A)(1)(A)(II)]

Plaintiff Janine Coleman-Williams ("Plaintiff") and Defendant Kaiser Foundation Health Plan, Inc. ("Defendant") (collectively, "the Parties"), by and through their respective counsel of record, enter into this Stipulation to dismiss all claims brought in the above-captioned action. The Parties hereby stipulate and agree as follows:

WHEREAS, Plaintiff's operative Complaint alleges individual claims on behalf of the named Plaintiff as well as class and representative claims;

WHEREAS, Plaintiff has decided to dismiss this action pursuant to Federal Rules of Civil Procedure ("FRCP") Rule 41(a)(1)(A)(ii);

WHEREAS, under FRCP Rule 23, Court approval of the dismissal of Plaintiff's class claims is not required because it is not a voluntary dismissal of "the claims, issues, or defenses of a *certified* class." FRCP 23(e) (emphasis added); *see also* Advisory Committee Notes on 2003 Amendments to Rule 23, Subdivision (e), Paragraph (1) ("[t]he new rule requires [court] approval only if the claims, issues or defenses of a *certified* class are resolved by … voluntary dismissal") (emphasis added);

THEREFORE, IT IS HEREBY STIPULATED AND AGREED, by and through the Parties' respective counsel, as follows:

1. Plaintiff's individual claims are hereby dismissed with prejudice pursuant to FRCP Rule 41(a)(1)(A)(ii);
2. Plaintiff's class action and representative action claims are hereby dismissed without prejudice to other aggrieved and/or putative class members, pursuant to FRCP Rule 41(a)(1)(A)(ii); and
3. The Parties will each bear their own costs and fees with respect to the prosecution and defense of the claims asserted in the action.

IT IS SO STIPULATED.

///
///
///
///

| | | |
|---|---|---|
| 1 | Dated: June 4, 2014 | BLUMENTHAL, NORDREHAUG & BHOWMIK |
| 2 | | |
| 3 | | By /s/Piya Mukherjee |
| 4 | | Piya Mukherjee<br>Attorneys for Plaintiff |
| 5 | | |
| 6 | Dated: June 4, 2014 | SHEPPARD, MULLIN, RICHTER & HAMPTON LLP |
| 7 | | |
| 8 | | By   /s/Ellen M. Bronchetti<br>Ellen M. Bronchetti<br>Attorneys for Defendant |

**ATTESTATION OF CONCURRENCE**

Pursuant to the Northern District Local Rule 5-1, I hereby attest that concurrence in the filing of this document has been obtained from each of the other signatories.

I declare under penalty of perjury under the laws of the United States of America that the foregoing declaration is true and correct to the best of my personal knowledge. Executed this 4th day of June, in La Jolla, California.

| | | |
|---|---|---|
| Dated: June 4, 2014 | | BLUMENTHAL, NORDREHAUG & BHOWMIK |
| | | By:   */s/Piya Mukherjee*<br>Piya Mukherjee<br>Attorneys for Plaintiff |

**BLUMENTHAL, NORDREHAUG & BHOWMIK**
  Norman B. Blumenthal (State Bar #068687)
  Kyle R. Nordrehaug (State Bar #205975)
  Aparajit Bhowmik (State Bar #248066)
  Piya Mukherjee (State Bar #274217)
2255 Calle Clara
La Jolla, CA 92037
Telephone: (858)551-1223
Facsimile: (858) 551-1232
Website: www.bamlawca.com

Attorneys for Plaintiff

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JANINE COLEMAN-WILLIAMS, an individual, on behalf of herself, and on behalf of all persons similarly situated,<br><br>Plaintiff,<br><br>vs.<br><br>KAISER FOUNDATION HEALTH PLAN, INC.,<br><br>Defendants. | CASE No. **C13-00998 SI**<br><br>**PROOF OF SERVICE**<br><br><br>Action Filed: March 3, 2013 |

# CERTIFICATE OF SERVICE

I, Piya Mukherjee, at all relevant times, was a citizen of the United States and a resident of the County of San Diego and am employed by the attorney of record in this action located at 2255 Calle Clara, La Jolla, CA 92037. I hereby certify that the following document(s):

**(1)    JOINT STIPULATION OF DISMISSAL**

have been served on the parties listed below pursuant to the following method(s):

_XX_ (BY ELECTRONIC SERVICE): I caused the listed documents to be electronically filed through the CM/ECF system at the United States District Court for the Northern District of California which generates a Notice of Electronic Filing to all parties and constitutes service of the electronically filed documents on all parties for purposes of the Federal Rules of Civil Procedure.

_XX_ (Federal): I declare that I am employed in the office of a member of the bar of this Court at whose direction the service was made, and that the foregoing is true and correct under penalty of perjury.

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct. Executed on June 4, 2014 at San Diego, California.

                                          */s/ Piya Mukherjee*
                                          Piya Mukherjee